IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CV-133-GCM

| | |
|---|---|
| PREFORMED SYSTEMS, INC. )<br>a North Carolina Corporation, )<br>                            Plaintiff, )<br>     v.                                )<br>                                     )<br>KINGSPAN INSULATED PANELS, INC. )<br>a Florida Corporation, )<br>                         Defendant. )<br>                                     ) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Peter G. Callaghan,** filed August 25, 2015 [doc. # 5].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Callaghan is admitted to appear before this court *pro hac vice* on behalf of defendant, Kingspan Insulated Panels, Inc..

**IT IS SO ORDERED.**

Signed: August 25, 2015

Graham C. Mullen
United States District Judge